IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE P. ERAMO | ) |
| | ) |
| Plaintiff | ) |
| | ) Case No. |
| v. | ) |
| | ) Underlying litigation: |
| ROLLING STONE LLC, | ) *Eramo v. Rolling Stone, LLC, et al.*, |
| SABRINA RUBIN ERDELY, and | ) Case No. 3:15-cv-00023-GEC, in the |
| WENNER MEDIA LLC, | ) United States District Court for the |
| | ) Western District of Virginia |
| Defendants. | ) |

**NICOLE ERAMO'S MOTION TO COMPEL NONPARTY RESPONDENT THE NATIONAL ORGANIZATION FOR WOMEN TO COMPLY WITH RULE 45 SUBPOENA**

Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B), Movant Nicole Eramo, Plaintiff in the case of *Eramo v. Rolling Stone LLC, et al.*, No. 3:15-cv-00023-GEC, currently pending in the United States District Court for the Western District of Virginia, files this Motion to Compel Nonparty Respondent the National Organization for Women to Comply with Rule 45 Subpoena. In support of this Motion, Movant Eramo relies on the arguments and authorities set forth in her June 10, 2016 Memorandum of Law in Support of her Motion to Compel Nonparty Respondent the National Organization for Women to Comply with Rule 45 Subpoena, which is being filed concurrently herewith.

In accordance with Federal Rule of Civil Procedure 45(d)(2)(B)(i) and LCvR 7(m), the undersigned counsel certifies that counsel for Nicole Eramo conferred by letter with attorneys at the Sandler Reiff Lamb Rosenstein & Birkenstock P.C., counsel for Respondent the National

1

Organization for Women, prior to the filing of this Motion, and that counsel for the Movant made a good faith effort to resolve the discovery matters at issue.

WHEREFORE, Movant Nicole Eramo respectfully requests that the Court grant her Motion to Compel Nonparty Respondent Respondent the National Organization for Women to Comply with Rule 45 Subpoena.

Dated:  June 10, 2016                             Respectfully submitted,

By: */s/ Thomas A. Clare*
Thomas A. Clare (DC Bar No. 461964)
Elizabeth M. Locke (DC Bar No. 976552)
Andrew C. Phillips (DC Bar No. 998353)
Dustin A. Pusch (DC Bar No. 1015069)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
andy@clarelocke.com
dustin@clarelocke.com

*ATTORNEYS FOR MOVANT AND PLAINTIFF NICOLE ERAMO*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Nicole Eramo's Motion to Compel Nonparty Respondent the National Organization for Women to Comply with Rule 45 Subpoena was served on the below counsel on June 10, 2016, via the Court's electronic filing system.

Joseph E. Sandler
SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.
1025 Vermont Ave NW, Suite 300
Washington, D.C. 20005
Telephone: (202) 479-1111
Fax: (202) 479-1115
Email: sandler@sandlerreiff.com

*Attorneys for Respondent the National Organization for Women*

Michael John Finney
William David Paxton
Gentry Locke Rakes & Moore
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9373
Telephone: (540) 983-9334
Fax: (540) 983-9400
Email: finney@gentrylocke.com
Email: paxton@gentrylocke.com

Elizabeth A. McNamara
Samuel M. Bayard
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
Email: samuelbayard@dwt.com

Alison B. Schary (admitted pro hac vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248 Fax: (202) 973-4448
E-mail: alisonschary@dwt.com

*Attorneys for Defendants Rolling Stone LLC,
Sabrina Rubin Erdely, and Wenner Media LLC*

Benjamin Gaillard Chew
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, DC 20036-5303
Telephone:  (202) 585-6511
Email:  bchew@manatt.com

*Attorney for Defendant Sabrina Rubin Erdely*

Dated:  June 10, 2016                                              By:  */s/ Thomas A. Clare*_____
                                                                               Thomas A. Clare